# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

RAMS CONTRACTING LTD. and
UNITED STATES OF AMERICA,

           Plaintiffs,

v.

BW CONTRACTING SERVICES INC.
and LIBERTY MUTUAL
INSURANCE COMPANY,

           Defendants.

Case No. 18-CV-607-JPS

**ORDER**

On June 6, 2018, Plaintiffs filed a notice of voluntary dismissal of this action without prejudice. (Docket #4). As Defendants have not answered or moved for summary judgment, the notice is proper and the Court will adopt the same. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that Plaintiffs' notice of dismissal (Docket #4) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED without prejudice** and without costs to any party.

Dated at Milwaukee, Wisconsin, this 7th day of June, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge